NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio PENA CAMACHO, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> Kristi NOEM, Secretary, U.S. Dept. of Homeland Security, *et al*. <br><br> Respondents. | Case No. 5:25-cv-03392-HDV-PD <br><br> [PROPOSED] *TEMPORARY RESTRAINING ORDER* |

The Court hereby Orders Respondents to immediately identify the location where Petitioner PENA CAMACHO is being detained and allow and facilitate communication between PENA CAMACHO and his attorneys and family members, including confidential communications with his attorneys.

The Court hereby Orders Respondents to release Petitioner Julio Pena Camacho or in the alternative to provide him with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

The Court finds that the Petitioner Julio Pena Camacho is a member of the *Maldonado Bautista* Bond Eligible Class. *See Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F.R.D. ----, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).

The Court finds that Respondents are bound by the judgment in *Maldonado Bautista*, as it has the full "force and effect of a final judgment." 28 U.S.C. § 2201(a). The declaratory judgment held that the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a), and thus may not be denied consideration for release on bond under § 1225(b)(2)(A). The bond hearing shall be held within seven days of this Order. /HV/

**IT IS SO ORDERED.**

Dated: December 23, 2025

United States District Court Judge

-2-