Niels W. Frenzen (CA 139064)
nfrenzen@law.usc.edu
Jean E. Reisz (CA 242957)
jreisz@law.usc.edu
USC Gould School of Law, Immigration Clinic
699 Exposition Blvd.
Los Angeles, CA 90089-0071
213-740-8933; 213-821-3108

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Julio PENA CAMACHO; Rufino LIGARIO HERNANDEZ; Martin MARTINEZ AMBRIZ; Walter OPORTO MUNOZ; Karla PEREZ DAVILA; Leticia PICAZO ORTIZ; Sergio POOT; Luis TRUJILLO PEREZ; Jose ARTEAGA NAJERA; Myriam ROA RESTREPO,<br>    Petitioners,<br>v.<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela BONDI, U.S. Attorney General; Todd LYONS, Acting Director, Immigration and Customs Enforcement; Ernesto SANTACRUZ JR., Acting Director, Los Angeles Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; Fereti SEMAIA, Warden, Adelanto ICE Processing Center; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY,<br>    Respondents. | Case No. 5:25-CV-03392-HDV-PD<br><br>**PETITIONERS' EX PARTE MOTION REQUESTING EXTENSION OF TRO ISSUED DEC. 23, 2025 [DKT. 11] TO ALL PETITIONERS** |

Petitioners respectfully submit this ex parte motion requesting that the Court extend the Temporary Restraining Order issued on December 23, 2025 on behalf of Petitioner Pena Camacho [Dkt. 11] to the remaining nine petitioners.

Like Petitioner Pena Camacho, the remaining nine petitioners are members of the *Maldonado Bautista* Bond Eligible Class. *See Maldonado Bautista v Santacruz,* No. 5:25-cv-01873-SSS-BFM, ---F.R.D.----, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). Furthermore, as the Court found in regard to Petitioner Pena Camacho, "Respondents are bound by the judgment in *Maldonado Bautista*, as it has the 'full force and effect of a final judgement.' 28 U.S.C. § 2201(a). The declaratory judgment held that the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a), and thus may not be denied consideration for release under § 1225(b)(2)(A)." Dkt. 11 at 2. Respondents agree that *Maldonado Bautista* Bond Eligible Class members are entitled to bond hearings under 8 U.S.C. § 1226(a). *See* Dkt. 10 at 2.

For the forgoing reasons, Petitioners respectfully request that the Court issue a temporary restraining order directing Respondents to release the remaining nine Petitioners from their custody or to provide the remaining nine Petitioners with

///

///

///

///

1

individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of issuance of an Order.

Dated: December 23, 2025               Respectfully submitted,

                                       s/ Niels W. Frenzen
                                       NIELS W. FRENZEN
                                       JEAN REISZ
                                       USC GOULD SCHOOL OF LAW,
                                       IMMIGRATION CLINIC
                                       699 Exposition Blvd
                                       Los Angeles, CA 90089-0071
                                       (213)740-8933; nfrenzen@law.usc.edu

                                       Attorneys for Petitioners

2