UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio PENA CAMACHO, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>Kristi NOEM, Secretary, U.S. Dept. of Homeland Security, *et al*.<br><br>Respondents. | Case No. 5:25-cv-03392-HDV-PD<br><br>***TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE ORDER*** |

The Court previously found that Petitioner PENA CAMACHO is a member of the *Maldonado Bautista* Bond Eligible Class [Dkt. 11] and now makes the same finding in regard to all Petitioners in this action. *See Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F.R.D. ----, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).

The Court finds that Respondents are bound by the judgment in *Maldonado Bautista*, as it has the full "force and effect of a final judgment." 28 U.S.C. § 2201(a). The declaratory judgment held that the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a), and thus may not be denied consideration for release on bond under § 1225(b)(2)(A).

The Court hereby Orders Respondents to release Petitioners or in the alternative to provide each Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of this Order.

**IT IS SO ORDERED.**

Dated: 12/24/2025

Hon. Hernan D. Vera
United States District Court Judge